UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STACEY HYER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:20-cv-42

Magistrate Judge Michael J. Newman
(Consent Case)

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME (DOC. 7)**

Now before the Court is Defendant's motion to stay proceedings in this Social Security disability appeal. Doc. 7. Defendant's motion is supported by the affidavit of Christianne Voegele, Chief of Court Case Preparation and Review Branch 1, Acting Chief of Chief of Court Case Preparation and Review Branch 3, Office of Appellate Operations ("OAO"), Social Security Administration, who attests that critical in-person tasks necessary for the preparation and filing of certified administrative records cannot be accomplished, at this time, due to the unprecedented restrictions and precautions being taken in response to the ongoing public health emergency related to COVID-19. Doc. 7-1. Ms. Voegele further attests that the OAO will try to implement new processes to overcome this issue. *Id*.

For the reasons asserted in the motion, and given the Court's awareness of the situation with regard to COVID-19, the Commissioner's motion is construed as a request for an extension of time to file a certified administrative record. For good cause shown, the motion is **GRANTED**. The Commissioner shall file a certified administrative record as soon as practicable, and no later

than **90 DAYS** from the date of this Order.  If a further extension of time is required, Defendant may file another motion, as appropriate.

    **IT IS SO ORDERED.**

Date:  April 2, 2020                      s/Michael J. Newman  
                                                                                     Michael J. Newman  
                                                                                      United States Magistrate Judge